IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CHARLES WILLIAMS, | ) | |
|---|---|---|
| Plaintiff | ) | Case No. 1:18-cv-00170 (Erie) |
| vs. | ) | |
| | ) | RICHARD A. LANZILLO |
| THE PA. DEPT. OF CORRECTIONS, ET AL., | ) | UNITED STATES MAGISTRATE JUDGE |
| Defendants | ) | |
| | ) | O R D E R |

AND NOW, this 21st Day of December, 2018, it is hereby **ORDERED** as follows:

The Clerk of Court is instructed to change the mailing of the Plaintiff to 48 Overlook Drive, La Belle, Pa. 15450 per the Plaintiff's request [ECF No. 46]. Plaintiff's Request that mail to the Plaintiff from the Court be labeled "Legal Mail" and that it be opened in his presence, which the Court will construe as a motion for such relief [ECF No. 46], is **DENIED** because said motion does not state the basis for the relief requested.

Plaintiff has also filed a second request that the Court schedule a video conference hearing to "make a ruling on the dispute regarding Grievance No. 725977," [ECF No. 47] which the Court will construe as a motion seeking that relief. That motion is **DENIED**. The Court has previously ruled on such a motion (*see* ECF No. 43). The motion is procedurally improper and not authorized by applicable law.

So ordered.

/s/ Richard A. Lanzillo
RICHARD A. LANZILLO
United States Magistrate Judge