IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES WILLIAMS,** )<br> )<br> **Plaintiff,** )<br> )<br> v. )<br> )<br> **PENNSYLVANIA DEPARTMENT OF** )<br> **CORRECTIONS, et al,** )<br> **Defendants.** ) | Case No. 1:18-cv-170 |

**MEMORANDUM ORDER**

This action was received by the Clerk of Court on June 6, 2018 and was referred to United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

Defendants filed a motion for summary judgment. ECF No. 100. On August 14, 2020, Magistrate Judge Lanzillo issued a Report and Recommendation recommending that the motion for summary judgment be granted in all respects. As of today's date, Plaintiff has failed to file Objections to the Report and Recommendation. Plaintiff's Objections were due to be filed by August 31, 2020.

After *de novo* review of the complaint and documents in the case, together with the report and recommendation thereto, the following order is entered:

AND NOW, this 2nd day of September 2020,

IT IS ORDERED that the motion for summary judgment [ECF No. 100] is granted.

IT IS FURTHER ORDERED that this case be closed.

1

AND, IT IS FURTHER ORDERED that the report and recommendation of Magistrate Judge Lanzillo, issued on August 14, 2020 [ECF No. 155] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter  
SUSAN PARADISE BAXTER  
United States District Judge