IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES WILLIAMS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:18-cv-170 |
| | ) |
| **PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al,** | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

On August 14, 2020, Magistrate Judge Lanzillo issued a Report and Recommendation recommending that Defendants' motion for summary judgment be granted in all respects. Objections to the Report and Recommendation were due to be filed by August 31, 2020. ECF No. 155. None were filed as of that date.

By Order dated September 2, 2020, the undersigned adopted the Report and Recommendation. ECF No. 156. Later in the day, Plaintiff's Objections were received and docketed. ECF No. 158.

The ruling of September 2, 2020, will remain in effect while this Court reviews the tardy Objections and any response thereto. At such time as the Court rules on these filings, the case will be reopened.

AND NOW, this 3rd day of September 2020,

IT IS ORDERED that Defendants file a response to the Objections by September 21, 2020.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge

1